# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **KEVIN R. SWEAZEA**

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | CR 18-1254 RB | Date: | 4/26/2018 | Recording Information: | LCR ANIMAS |
| Clerk: | V. RUIZ | Type of Hearing: | **INITIAL APPEARANCE** | | |

| Defendant(s): | Attorney(s): | Appt'd | Ret'd |
|---|---|---|---|
| **ALONSO P. GRADO, JR.,** | **BARBARA MANDEL & RACHEL NATHANSON, AFPD STANDING IN** | ☐ | ☐ |
| **STEPHAN E. MORALES** | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | SARAH DAVENPORT SELESIA WINSTON | Interpreter: | N/A |
| Pretrial Officer: | LAURA GARIBAY | Court in Session: | 11:15 a.m.-11:19; 11:44-11:51 a.m. (7 min) |

- ☐ Agent sworn in open Court
- ☒ Court questions Defendant regarding his/her physical and mental condition, age, education
- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☒ ORAL Motion for Detention Hearing by Government
- ☒ Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court
- ☐ Set for change of plea on

- ☒ Defendant in custody
- ☐ Conditions of Release continued on Page 2
- ☒ Other: ARRAIGNMENT/DETENTION HEARING WILL BE SET ON TUESDAY, 5/01/18 AT 1:30 P.M. CARLOS IBARRA WILL BE APPOINTED FOR DEFENDANT MORALES.